IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01988-RBJ-BNB

DANIEL CLARK,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER REGARDING DOCKET #33

Entered by Judge R. Brooke Jackson

    The Court has considered the parties Stipulated Motion for Dismissal With Prejudice [Docket #33]. The motion is GRANTED. This case is dismissed with prejudice. Each party to pay its own costs and attorney's fees.

    DATED this 20th day of June, 2012.